No. 101, Misc.  BELANGER *v.* WARDEN, CONNECTICUT STATE PRISON.  Superior Court of Connecticut, Hartford County.  Certiorari denied.

No. 103, Misc.  DRAKE *v.* NORTH CAROLINA.  Supreme Court of North Carolina.  Certiorari denied.  Petitioner *pro se.  Thomas Wade Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 186, Misc.  MERWIN *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.  Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *Sam R. Wilson, Linward Shivers* and *Charles R. Lind,* Assistant Attorneys General, for respondent.

No. 351, Misc.  INDIVIGLIO *v.* UNITED STATES.  Court of Claims.  Certiorari denied.  *Carl L. Shipley, Thomas A. Ziebarth* and *Samuel Resnicoff* for petitioner.  *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *John G. Laughlin, Jr.* for the United States.

No. 195, Misc.  MORRIS *v.* BETO, CORRECTIONS DIRECTOR.  Court of Criminal Appeals of Texas.  Certiorari denied.  Petitioner *pro se.  Will Wilson,* Attorney General of Texas, and *Sam R. Wilson, Linward Shivers* and *Charles R. Lind,* Assistant Attorneys General, for respondent.

No. 504, Misc.  RUARK *v.* COLORADO.  Supreme Court of Colorado.  Certiorari denied.